156 A.3d 753

**Deon Leroy WILLIAMS**

v.

**STATE of Maryland**

**No. 95, Sept. Term, 2016**

Court of Appeals of Maryland.

Filed: March 24, 2017

Rachel Simmonsen, Asst. Public Defender (Paul B. De-Wolfe, Public Defender of Maryland, Baltimore, MD), for petitioner.

Todd W. Hesel, Asst. Atty. Gen. (Brian E. Frosh, Atty. Gen. of Maryland, Baltimore, MD), for respondent.

Barbera, C.J., Greene, Adkins, McDonald, Watts, Hotten, Getty, JJ.

PER CURIAM ORDER

The petition for writ of certiorari in the above-entitled case having been granted and thereafter a Motion to Reconsider and Grant Questions 3 Through 5 in the Petition for Writ of Certiorari and a Motion to Dismiss and Reply to Motion to Reconsider filed thereto, it is this 24th day of March, 2017,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.